469 A.2d 296

Commonwealth v. Elkind, Appellant.
Petition for Allowance of Appeal
Denied April 2, 1984.

November 23, 1983. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before MONTEMURO, WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.

469 A.2d 296

Commonwealth v. Foster, Appellant.

Submitted October 3, 1983. Kathleen L. Daerr-Bannon, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and HESTER and LIPEZ, JJ.

Order affirmed.